MICHAEL ORLIKOWSKI et al., Respondents, v CORNERSTONE COMMUNITY FEDERAL CREDIT UNION et al., Appellants.

Submitted December 1, 2008; decided January 20, 2009

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.